# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **ROBERT CARSWELL,** | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | 5:05-CV-338 (WDO) |
| | : | |
| **WARDEN OUTLAW,** | : | |
| | : | |
| Respondent | : | |

## ORDER

This matter is before the Court on Petitioner's motion to reconsider the denial of his habeas petition. Because Petitioner failed to present any arguments or evidence supporting a reconsideration, the motion is DENIED.

**SO ORDERED** this 18th day of October, 2005.


       S/Wilbur D. Owens, Jr.
       WILBUR D. OWENS, JR.
       UNITED STATES DISTRICT JUDGE